# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
|---|---|
| v. | CASE NUMBER: 12-po-00167-DW-01 |
| JUSTIN ROMERO | David H. Greenberg, Retained<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to Counts One, Two, and Three of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 113(a)(4) and 1152 | Assault by Striking, Beating and Wounding, committed in Indian Country | 10/04/13 | One |
| 18 U.S.C. §§ 113(a)(4) and 1152 | Assault by Striking, Beating and Wounding, committed in Indian Country | 10/04/12 | Two |
| 18 U.S.C. §§ 113(a)(4) and 1152 | Assault by Striking, Beating and Wounding, committed in Indian Country | 11/29/12 | Three |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 5, 2013
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

November 18, 2013
Date

DEFENDANT:  JUSTIN ROMERO
CASE NUMBER:  12-po-00167-DW-01                                                                 Judgment-Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one hundred and seventy-four (174) days, with credit for one hundred and thirteen (113) days as to Count One.  The defendant to be released on January 5, 2014.

The Court recommends that the Bureau of Prisons allow the defendant to serve his sentence at La Plata County Jail and that defendant receive mental health treatment while at La Plata County Jail.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  JUSTIN ROMERO
CASE NUMBER:  12-po-00167-DW-01                                              Judgment-Page 3 of 6

## PROBATION

The defendant is hereby placed on probation for a term of two (2) years as to Counts Two and Three, to run consecutive to Count 1.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).  The defendant shall also comply with the additional conditions on the following page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

DEFENDANT:  JUSTIN ROMERO
CASE NUMBER:  12-po-00167-DW-01                                                                    Judgment-Page 4 of 6

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) The defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the term of supervised release and shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

3. The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

4. The defendant shall successfully complete the substance abuse inpatient treatment program at Red Pine, Fort Duchesne, Utah or any other facility deemed appropriate by the supervising probation officer. The defendant shall enter this program on January 6, 2014. The defendant shall comply with all rules, regulations, and policies established by Red Pine or any other facility deemed appropriate by the supervising probation officer.

5. The defendant shall not consume alcohol or any other intoxicant while under supervised release.

6. As directed by the probation officer, the defendant shall complete a course of cultural and traditional values of the Southern Ute Indian Tribe.

7. The defendant shall resolve the outstanding warrants in San Juan County, New Mexico, and Maricopa County, Arizona, before the expiration of probation supervision.

DEFENDANT:  JUSTIN ROMERO
CASE NUMBER:  12-po-00167-DW-01                                              Judgment-Page 5 of 6

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count  | Assessment | Fine   | Restitution |
|--------|------------|--------|-------------|
| One    | $10.00     | $0.00  | $0.00       |
| Two    | $10.00     | $0.00  | $0.00       |
| Three  | $10.00     | $0.00  | $0.00       |
| **TOTALS** | $30.00 | $0.00  | $0.00       |

DEFENDANT:  JUSTIN ROMERO
CASE NUMBER:  12-po-00167-DW-01                                                                 Judgment-Page 6 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The special assessment is due immediately

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.