# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Revocation of Supervised Release) |
| v. | Case Number: 12-PO-000167-DLW-01 |
| | USM Number: 39770-013 |
| JUSTIN ROMERO | David Greenberg, Retained |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 2 and 3, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Leaving the District Without Permission | 03/09/2014 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violation 1 and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 25, 2014
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

September 2, 2014
Date

DEFENDANT: JUSTIN ROMERO
CASE NUMBER: 12-PO-000167-DLW-01                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Use of Alcohol | 03/10/2014 |

DEFENDANT: JUSTIN ROMERO
CASE NUMBER: 12-PO-000167-DLW-01

Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months as to Count 2, with credit for time served and 6 months as to Count 3, with credit for time served, to be served consecutively, for a total term of 12 months imprisonment with credit for time served on both counts. No supervision to follow term of imprisonment.

The court recommends that the Bureau of Prisons that the sentences be served at the La Plata County Jail in Durango, Colorado.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal